IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1485**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 5 - 2005

GREGORY C. LANGHAM
CLERK

MR. CHARLES B. TAYLOR,

    Plaintiff,

v.

COLORADO DEPT. OF PAROLE,
P.O. STRADLER,
P.O. ZORN,
P.O. WINKLER,
P.O. RECCLA,
P.O. DIAZ, and
P.O. J.R. ROGERS,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Complaint and a Petition for Motion Habeas Corpus/forthwith. He has failed either to pay the $250.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) _X_  is not submitted
- (2) ___  is not on proper form (must use the court's current form)
- (3) ___  is missing original signature by Plaintiff
- (4) ___  is missing affidavit
- (5) ___  affidavit is incomplete
- (6) ___  affidavit is not notarized or is not properly notarized
- (7) ___  names in caption do not match names in caption of complaint, petition or application
- (8) ___  An original and a copy have not been received by the court. Only an original has been received.
- (9) _X_  other: motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition:**
- (10) ___  is not submitted
- (11) _X_  is not on proper form (must use the court's current form)
- (12) ___  is missing an original signature by the Plaintiff
- (13) ___  is incomplete
- (14) ___  uses et al. instead of listing all parties in caption
- (15) ___  An original and a copy have not been received by the court. Only an original has been received.
- (16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___  names in caption do not match names in text
- (18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5th day of August, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **05-CV-1485**

Mr. Charles B. Taylor
Reg. No. 100686
2945 E. Las Vegas
Colorado Springs, CO 80906

Mr. Charles B. Taylor
14751 E. Tennessee Dr., #217
Aurora, CO 80012

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on  8-5-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk